

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2015

No. 04-14-00750-CV

**IN THE INTEREST OF W.M.T.K.,**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-0141-CV
William Old, Judge Presiding

## O R D E R

We **grant** appellant's motion for extension of time to file his brief.  We **order** appellant's brief due **February 6, 2015**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2015.



_____
Keith E. Hottle
Clerk of Court